| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| DEBRA P. HACKETT, CLERK<br>US DISTRICT COURTHOUSE<br>MIDDLE DISTRICT OF ALABAMA<br>ONE CHURCH STREET<br>MONTGOMERY AL 36104 | A. Signature<br>X *Laura M Hddaus* | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>AMERICAN CREDIT ACCEPTANCE, LLC<br>C/O REGISTERED AGENT<br>C T CORPORATION SYSTEM<br>2 NORTH JACKSON STREET, STE. 605<br>MONTGOMERY AL 36104<br><br>9290 9169 1254 1600 0018 98 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| 2. Article Number (Transfer from service label)<br>9214 7169 1254 1600 0018 94 | 3. Service Type ☒ Certified Mail® ☐ Certified Mail®<br>Restricted Delivery | |

PS Form 3811 Facsimile, July 2015   18cv426 S.cmp.cdS   Domestic Return Receipt